H. F. Knox, for plaintiff in error. Roy C. Martin and H. E. Morgan, for defendant in error.

Mr. Justice Eagleton delivered the opinion of the court.

---

**Mary E. Jones, appellant, v. Clyde E. Hooker, appellee.**

Action to recover money paid in settlement of claim under contract alleged to have been made under misapprehension of the facts. Judgment for defendant. Appeal from the Circuit Court of Fayette county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 6, 1919.

F. M. Guinn, for appellant. Albert & Albert, for appellee.

Per Curiam.

---

# FIRST DISTRICT.

---

**J. E. McCoy et al., appellees, v. Acme Automatic Printing Company, appellant. Gen. No. 21,392.**

Action to recover for deceit as to territory in sales contract. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded. Opinion filed June 10, 1919.

A. G. Dicus, for appellant. Baker & Holder, for appellees; G. Raymond Collins, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**Sidney Schwalny, by Stanley Wenz, defendant in error, v. Max Finkelstein, plaintiff in error. Gen. No. 24,438.**

Action to recover for personal injuries to one on alighting from street car by being struck by truck. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. George F. Barrett, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed June 10, 1919.

Alfred Roy Hulbert and Truman Henry Miner, for plaintiff in error. Morse Ives and Charles C. Bodenstab, for defendant in error.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

**Edward Hines Lumber Company, appellee, v. B. S. Lippincott et al., appellees, on appeal of John Rossi et al., appellants. Gen. No. 24,447.**

Suit to establish mechanics' and materialmen's liens. Decree for

complainant and interveners. Appeal from the Circuit Court of
Cook county; the Hon. Frederick A. Smith, Judge, presiding.
Heard in the Branch Appellate Court at the October term, 1918.
Affirmed. Opinion filed June 10, 1919. *Certiorari* denied by Su-
preme Court (making opinion final).

Spencer Ward, for appellants. J. E. Crawford, for appellee Ed-
ward Hines Lumber Co. Mayer, Meyer, Austrian & Platt, for ap-
pellee B. S. Lippincott. Edmund W. Froehlich, for appellees London
& Zimmerman and B. Golinsky.

Mr. Presiding Justice McDonald delivered the opinion of the court.